**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Michael Weckman, | Civil No.: 09-1314 (RHK/RLE) |
| Plaintiff, | |
| vs. | **ORDER** |
| Como Law Firm, P.A. and John Doe, | |
| Defendants. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 5), **IT IS ORDERED** that all claims that any party had, may have had, or which could have been asserted in this action are **DISMISSED WITH PREJUDICE** and on the merits, without further costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 15, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge